UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

FILED U.S. BANKRUPTCY COURT 2010 JUL 22 PM 12: 36 NORTHERN DISTRICT OF OHIO YOUNGSTOWN

In the matter of

**RICHARD LEE MONTGOMERY**

Debtor(s)

Case No. **05-40154-KW**

Chapter 7

Judge **KAY WOODS**

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT

The attached check in the amount of $250.00 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) s of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| HSBC BANK USA NA | 6 | $250.00 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $250.00 |

Dated: 7/16/2010

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857